# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32761**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Joannie M. SANTIAGO ROLDAN**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 9 September 2024

————————————

*Military Judge*: Tiny L. Bowman.

*Sentence*: Sentence adjudged 14 August 2023 by SpCM convened at Dover Air Force Base, Delaware. Sentence entered by military judge on 18 September 2023: Bad-conduct discharge, confinement for 9 months, forfeiture of $1,200.00 pay per month for 9 months, and reduction to E-1.

*For Appellant*: Lieutenant Colonel Jarett Merk, USAF; Captain Samantha M. Castanien, USAF.

*For Appellee*: Lieutenant Colonel J. Peter Ferrell, USAF; Major Brittany M. Speirs, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, GRUEN, and WARREN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings are correct in law, and the sentence is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C.

§§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court